J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ABDALKARIM AL KHATIB,

           Petitioner,

    v.

DAVID MARIN, et al.,

           Respondents.

Case No. 5:26-cv-01031-PD

**JUDGMENT**

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is dismissed without prejudice as moot.

DATED: July 1, 2026

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE